United States District Court
Southern District of Texas
**ENTERED**
June 22, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KHALID MOUZGUI, | § | |
| | § | |
| Petitioner, | § | |
| | § | CIVIL ACTION NO. 4:26-cv-04052 |
| v. | § | |
| | § | |
| WARDEN, Houston Contract Detention | § | |
| Center, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## ORDER

The respondents have filed a Motion for an Extension of Time (Dkt. No. 5) requesting additional time to file an answer in this case. The motion (Dkt. No. 5) is **GRANTED**. The respondents' answer is due by June 23, 2026.

The Clerk shall provide a copy of this Order to the parties.

It is so ORDERED.

SIGNED on June 22, 2026, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge