United States District Court
Southern District of Texas
**ENTERED**
June 24, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

KHALID MOUZGUI, §
§
Petitioner, §
§ CIVIL ACTION NO. 4:26-cv-04052
v. §
§
WARDEN, Houston Contract Detention §
Center, *et al.*, §
§
Respondents. §

## ORDER

The petitioner, Khalid Mouzgui, is a detainee in the custody of United States Department of Homeland Security, Immigration and Customs Enforcement (ICE) officials at the Houston Contract Detention Center.  Through counsel, he has filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241 challenging his continued detention under *Zadvydas v. Davis*, 533 U.S. 678 (2001).  (Dkt. No. 1).  The Court ordered the federal respondents to file an answer.  (Dkt. No. 4).  On June 23, 2026, the government filed an Advisory, which states in full:  "Federal Respondents advise the Court that there are no facts in the instant case that would allow a finding that Petitioner's continued detention meets the standard set forth in *Zadvydas v. Davis*, 533 U.S. 678 (2001)."  (Dkt. No. 7). The government agrees that the petitioner is entitled to relief on his *Zadvydas* claim and the Court will order his immediate release.

The Court **ORDERS** as follows:

1.     The Petition for a Writ of Habeas Corpus filed by Khalid Mouzgui (Dkt. No. 1) is **GRANTED in part**.

2.     Any other pending motions are **DENIED as moot**.

3.     The respondents must release the petitioner, Khalid Mouzgui, **within 24 hours of entry of this Order**.  The petitioner's release is subject to 8 U.S.C. § 1231(a)(3) and 8 C.F.R. § 241.5.  The petitioner must be released in a public place within the Southern District of Texas, and the respondents must notify the petitioner's counsel of the exact location and exact time of the petitioner's release **as soon as practicable and no less than three hours before his release**.

4.     The respondents must return to the petitioner, at the time of his release from custody, any and all identification documents taken from him at the time of or during his detention.

5.     The petitioner may not be re-detained without a showing that there has been a material change in circumstances, for example, a showing that the petitioner's documents are ready, that a third country has agreed to accept the petitioner, and that the petitioner has been provided notice of that third country and an opportunity to object to the third country removal.

6.     Within five (5) days of the date of this Order, the parties must **CONFER** and **FILE** a joint status update and indicate whether this case may be closed.

The Clerk will send a copy of this Order to the parties.

It is so ORDERED.

SIGNED on June 24, 2026, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge

2